IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

USDC- BALTIMORE
'25 AUG 1 PM3:49

| | |
|---|---|
| **JACOB DOE**<br>**Plaintiff**<br><br>v.<br><br>**HEIDI M. ANDERSON**<br>**RONDALL ALLEN**<br>**JASON CASARES**<br>**ALEXANDRA GINTA MARTIN**<br>**MATTHEW A. TAYLOR**<br>**CECILIA RIVERA**<br>**UNIVERSITY OF MARYLAND EASTERN SHORE**<br><br>11868 College Backbone Rd<br>Princess Anne, MD 21853<br><br>**Defendants**<br><br>Serve: Anthony G. Brown<br>Attorney General<br>200 St. Paul Place, Baltimore, MD 21202 | Case No. JRR 25 CV 2528 |

### PLAINTIFF'S MOTION FOR

### LEAVE TO PROCEED UNDER PSEUDONYM

Plaintiff Jacob Doe moves this Court for leave to proceed under a pseudonym.

Plaintiff will file contemporaneously a declaration and memorandum in support of this motion which is incorporated herein.

Respectfully submitted this 1st day of August 2025 by

Jacob Doe

HD

Rcv'd by: O. Lewis

## CERTIFICATE OF SERVICE

I certify that on this 1st day of August, 2025, I filed the foregoing at the US District Court in Maryland and will upload it using the CM/ECF system, which will provide notice to all counsel of record, and, further, that the foregoing will be served on all parties with the summons and complaint.

By

Jacob Doe