IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

**JACOB DOE**
**Plaintiff**

v.

**HEIDI M. ANDERSON**
**RONDALL ALLEN**
**JASON CASARES**
**ALEXANDRA GINTA MARTIN**
**MATTHEW A. TAYLOR**
**CECILIA RIVERA**
**UNIVERSITY OF MARYLAND EASTERN SHORE**

11868 College Backbone Rd
Princess Anne, MD 21853

**Defendants**

**ATTN: Anthony G. Brown**
**Attorney General**
**200 St. Paul Place, Baltimore, MD 21202**

Case No. JRR 25 CV 2528

## ORDER

Upon the *Ex Parte* motion of the Plaintiff for an order permitting the filing of the complaint, summons, Motion to Proceed Under Pseudonym, and supporting memorandum of law and for the reasons set out therein and other good cause shown, it is hereby, ORDERED that Plaintiff's *Ex Parte* Motion to Proceed Under Pseudonym and for Protective Order be GRANTED, and it is FURTHER ORDERED, that the complaint, summons, federal civil cover sheet, Consent to Receive Electronic Notice, and Motion to Proceed Under Pseudonym, and all other accompanying filings in this action shall be placed under seal until such time as proof of service of the Summons and Complaint is returned and filed by Plaintiff with the Clerk of the Court. SO ORDERED this ___ day of August 2025.

**UNITED STATES DISTRICT JUDGE**