# EXHIBITS TO AMENDED COMPLAINT

## CASE NO. 25-CV-02528-JRR

1. EX1– White Paper by UMES stakeholders
2. EX2 – EEOC Complaint
3. EX2A – Change.org petition by students
4. EX3 – Email from USM referencing "criminal investigation" re Anderson
5. EX4 – Email from Prof X
6. EX5 – Cockey email Dec 12
7. EX6 – Affidavit of Jane Coe 1
8. EX7 – Affidavit of Jane Coe 2
9. EX8 – Notice of allegations January
10. EX9 – Cockey letter Jan 24
11. EX10 – Plaintiff letter Jan 24
12. EX11 – Plaintiff email to Ginta Jan 27
13. EX12 – Ginta email to Plaintiff Jan 28
14. EX13 – email to Bainbridge on Feb 6
15. EX14 – Email threat from Ginta Feb 21
16. EX15 – Memo to Ginta Feb 24
17. EX16 – Plaintiff email to Ginta Mar. 4
18. EX17 – Plaintiff email to Ginta June 2
19. EX18 – Plaintiff email to Taylor Jun 2
20. EX19 – Plaintiff email to Bainbridge Jun 5
21. EX20 – Plaintiff follow-up email to Bainbridge Jun 8
22. EX21 – Statement from 6 Iranian students
23. EX22 – Plaintiff email to Ginta Jun 9 – id appeal authority
24. EX23 – Ginta email to Plaintiff did not identify appeal authority
25. EX24 – Plaintiff email to Taylor Jun 24
26. EX25 – Appeal Memo by Plaintiff
27. EX26 – Appeal decision
28. EX27 – DCL from US Department of Education

EX 1

Chancellor Perman,

University of Maryland Eastern Shore (UMES) President Dr. Heidi Anderson's performance is **well below** being acceptable. Even after taking into consideration the impact COVID-19 has had on all institutions within the University System of Maryland (USM) she has posted the penultimate enrollment growth rate in the USM – only the University of Baltimore (UB) has beaten her to the basement. Her poor leadership preceded COVID-19 and it continues to underperform during the pandemic. August 31st marked the completion of Dr. Anderson's third full year at the helm of UMES. It must be her last.

We waited too long to sound the alarm when former President Juliette Bell started to tank UMES' enrollment. From that experience we learned it is all too important to bring these failures directly to the attention of the Chancellor and the Board of Regents as quickly as possible. It is an unfortunate fact, that as a smaller campus in the University System of Maryland, UMES does not receive the same nurturing embrace or benefit from the same performance expectations that its sister institutions receive from the Board of Regents. As such, the Chancellor and Board allowed Dr. Bell, and now Dr. Anderson, to languish and flounder far longer than would be allowed anywhere else in the USM.

To underscore this point, under NO circumstances would the President of the flagship campus be allowed to remain in position if enrollment tanked by over 25% in three years. However, this is exactly what Dr. Bell was allowed to do from 2015 to 2018 (a 28.5% decrease) and what Heidi Anderson has been allowed to do from 2018 – 2021 (a 25.3% decrease). The USM Chancellors and the Board of Regents have allowed to occur at UMES twice (in back-to-back presidencies and in consecutive three-year periods) what would be inconceivable to allow even ONCE at UMCP, UMB, UMBC, Towson, or Salisbury!

It is failures like Dr. Bell's and Dr. Anderson's that reinforce racial stereotypes that Historically Black Universities (HBCUs) are poorly managed. When these stereotypes persist in the community, they contribute to decreased enrollment and stagnate efforts to increase diversity at these campuses. However, we must unequivocally state the data show the past decade of failed leadership at UMES falls squarely on the shoulders of the respective Chancellors and the Boards of Regents. The past two UMES presidents were specifically hand-picked by the respective Chancellors in direct defiance of the leadership recommendations made by the campus-based presidential search committees. It is beyond belief that individuals whose only professional involvement with an HBCU have been to visit an isolated building or two during required Board of Regents meetings seem to feel their opinion of what is best for these campuses is superior to those who live and breathe the uniquely diverse needs for the faculty and student bodies there. And when their hand-picked stooges failed, the Chancellors dragged their feet to address their messes and hoped no one would notice or care. Chancellor Perman, let it be known, we care. Please clean up YOUR mess.

The popular belief is you made the referral and endorsement to former Chancellor Caret to hire Dr. Heidi Anderson as the President for the University of Maryland Eastern Shore. This was done with full knowledge that she had already been pushed out of her role as Provost and Vice President for Academic Affairs at Texas A&M University-Kingsville at least nine months prior to the application deadline for the UMES Presidency[1]. As a result, Chancellor Caret hired a freshly failed Provost as the President of UMES

[1]Dr. George Allen Rasmussen was appointed Provost and Vice President for Academica Affairs at Texas A&M University-Kingsville on March 23, 2018. He had been serving as interim provost since September 2017. This means Dr. Heidi Anderson had vacated her provost position at least eight full months before the priority deadline for applications for the UMES Presidency on June 1, 2018. **Source:** https://www.tamuk.edu/news/2018/03/Rasmussen%20Named%20Provost%20.html#.YVTINZ1KiUk

based on your endorsement. We recognize it is hard to terminate a colleague's employment when they are not meeting performance expectations, but, Chancellor Perman, the time has come.

To assist you with this matter, we are bringing awareness of the current failure to your attention for immediate action. Specifically, Dr. Anderson has:

- Failed to stabilize enrollment at the University of Maryland Eastern Shore (presumably her top priority); [Note: COVID-19 is no excuse as she was already failing in this regard prior to the pandemic]
- Failed to develop/implement even a smattering of a staffing plan to address the enrollment crash;
- Provided (*alleged*) predators with critical access to the university community; and,
- Willfully hidden material issues from the Chancellor, the Board of Regents, and the USM Internal Audit Office.

Recent history has shown the USM Office must take immediate action to address abysmal performance. It is not acceptable to simply say, "Oh, that's just UMES" and to allow this failure to continue. It is also not acceptable to sit idly by and to try to wait out the storm. This level of ineptitude would not be tolerated anywhere else in the USM (except apparently UB). UMES has been a demonstrated leader in the USM in the recent past and has tremendous assets to do so again. Bowie President Dr. Breaux has demonstrated that new leadership (even during a pandemic) does not have to result in continued institutional failure.

UMES' Fall 2021 enrollment has plummeted, yet again. To this end, we are asking that you take swift and decisive action to:

1. Take expedient steps to replace UMES' failed leadership.
    a. Fill the interim role with a knowledgeable, fully qualified executive.
    b. Fill the permanent role with an individual with a successful track record of leadership. (e.g., the last two selections had been recently failed provosts)
2. Actively engage with the new president to implement a Strategic Plan that is endorsed and embraced by the USM Office (akin to Chancellor Toll's *Prospectus*) that includes:
    a. Timelines for restoring UMES new student enrollment, admission's standards, and transfer student enrollment;
    b. An action plan for boosting retention and graduation rates; and,
    c. A strategy for ensuring quality vice-presidential hires (President Bell's revolving door was addressed in a previous whitepaper; President Anderson's failures are addressed below)

To be clear, **UMES' failure is your failure**. If you opt to wait out the storm, then buckle up buttercup ... there's a bumpy road ahead. The Assistant Attorney General representing UMES and the Legislative Auditors can confirm the materials provided herein are just the tip of the iceberg.

# Historical Perspective: The Current Trend is NOT Consistent with UMES' Track Record




Figure 1: UMES total enrollment from Fall 1978 to Fall 2021 according to Chancellor [Source: www.usmd.edu/IRIS]

## UMES grew enrollment and mission for 30 consecutive years.

Once University of Maryland System (UMS) President "Bull" Elkins put his foot down and made it clear that a merger of the University of Maryland Eastern Shore and Salisbury State College (SSC) would result in Salisbury State folding under UMES (consistent with the 1970 Heller Report findings), the 1977 Webb Task Force came to an abrupt end.

Elkins' immediate successor (as he faced mandatory retirement at age 70), UMS President John Toll forged a strong relationship with UMES Chancellor Hytche that ultimately led to UMES being a perennial growth institution (despite not being formally labeled as such).

- In 1978, President Toll introduced *The Prospectus*[2] which included the creation, funding, and staffing for innovative and unique academic programs at UMES. Toll's commitment to the success of UMES was so strong, he worked with Hytche to implement nineteen new and unique degree programs and actually flew faculty members from UMB to Princess Anne to teach courses. This squelched any concern regarding the quality of the education received at the campus.
- In January 1987, Richard A. Henson made a transformational $2M gift to UMES and personally called Governor Schaefer to improve the appearance of the campus.[3] Governor Schaefer honored his commitment. For the next four years, UMES' General Funds per FTE matched its sister land grant institution, UMCP.

## From 1988 on, UMES enrollment skyrocketed.

- UMES' relative growth in headcount was unmatched by the other brick-and-mortar institutions.
- The combination of high-value programs and funding led to UMES having the most diverse faculty and student body in the state of Maryland for decades
- During Dr. Spikes' tenure, enrollment dipped slightly in 1998 due to a policy change. However, it quickly rebounded the following year once students understood the requirements for continued enrollment.

---

[2] President John Toll's *The* Prospectus included the following items:

- The University will establish a work force of highly competent people drawn from throughout the University to work with the president of the University and the chancellor of the UMES campus in carrying out the changes, which are identified as necessary or desirable.
- The objective of the University is to make the UMES campus the focal point of the University's activities on the Eastern Shore.
- The University will continue to involve UMES as a partner within the system, sharing both human and physical resources, and engaging the campus in cooperative planning for the optimal use of available resources.
- The instructional resources at UMES will be expanded to allow various new and interrelated "majors." It is assumed the SBHE [MHEC] will approve the program plans, which are covered in this paper.
- Facilities will be brought up to a competitive level of quality, and the cost of their maintenance will be related to the functions they serve.
- Cost estimates are offered in response to the State Board for Higher Education's requirement that the cost per student at UMES become consistent with the per student costs at other Maryland four-year public institutions.
- The research efforts at UMES will be coordinated with research efforts at other units of the University and supportive services will be provided.
- Sustained cooperative effort between the University of Maryland Eastern Shore and Salisbury State College is important to the educational welfare of Eastern Shore residents. The plan being offered by the University assumes the responsibility for this cooperation will be shared equitably by the two campuses.
- We share in common an awareness of the historical, legal, political, demographic, and economic circumstances, which have made educational planning difficult at UMES. The academic programming presented in this paper is addressed to regional needs and in some instances Statewide needs. **With adequate support, the objects can be accomplished**. (Emphasis added)

[3] Dr. Henson told Governor Schaefer the appearance of the campus did not match the caliber of faculty and students he had met there, and he wanted to improve the campus' appearance.

- The addition of unique academic programs continued under Dr. Thompson's leadership. Enrollment growth only slowed during the latter portion of her term when concerted efforts were made to raise the admissions standards and to increase transfer student enrollment while still maintaining a commitment to first generation college students.




Figure 2: UMES total enrollment from Fall 1978 to Fall 2021 according to President (Source: www.usmd.edu/IRIS)

## Interim President Mortimer Neufville initiated the precipitous decline in enrollment at UMES.

- Dr. Mortimer Neufville's introduction as interim President slammed the brakes on UMES' growth momentum. (Incidentally, he repeated this feat as interim President of Coppin when he reversed the slight stint of enrollment growth that immediately preceded his introduction to that university as well).

## Chancellor Caret intentionally ignored all the warning signs.

- Figures 1 and 2 clearly show Chancellor Caret permitted Dr. Juliette Bell, whose prior failures were documented in a previous whitepaper, to continue her losing streak at UMES. After a couple of years at the helm, she sacrificed admissions standards to boost enrollment. The data are now in – her reckless move drove an 8-percentage point decline in 6-year graduation rates from the 2014 to 2015 cohorts. (Same institution 6-year graduation rates dropped from 40% to 32%; 'anywhere in the USM' 6-year rates dropped from 45% to 37%). Following that failure, she then drove the 28.5% decrease in enrollment from Fall 2015 to Fall 2018 referenced above.

## Chancellor Perman, UMES Needs Your Attention...Now!

- After only three years on the job, Dr. Anderson has added her own 25.3% enrollment drop to the craterous decline with no hint of its reversal. While it would be wonderful to be able to blame the decline on the COVID-19 pandemic, this cannot be done. Her lack of effective leadership led to:
    - A substantial enrollment decrease in Fall 2019 (before COVID-19 was an issue), and
    - Enrollment decreases at UMES that significantly surpass the declines other USM institutions experienced.

## Providing Context: Comparing UMES enrollment growth to the other USM brick-and-mortar institutions.

- Figure 3 demonstrates that by 2005, **UMES' relative enrollment growth had tripled that of the USM** as a whole (using 1978 as a baseline).
- The chart illustrates that President John Toll's *The Prospectus* had added the necessary fuel to spur UMES to gain 15% in enrollment growth relative to its peers from 1978 to 1987. Richard A. Henson and Governor Schaefer's actions added the spark that launched UMES' growth.
- The steep upward slope of the UMES enrollment curve demonstrates it was by far the fastest growing institution in the USM (excluding UMGC) in terms of total enrollment for decades. The curve did not flatten until 2007 to 2012 when UMES made a concerted effort to increase admissions standards that would drive the increased retention/graduation rates President Anderson is sadly touting as her own achievement. Keep in mind, UMES enrollment was still increasing during this period. The flatter curve simply means UMES enrollment was increasing slightly faster than the USM as a whole. For example, during that period UMES grew 9% compared to 7.8% for the USM (excluding UMGC).
- Drs. Neufville, Bell, and Anderson have managed to create a sinkhole that has eroded a 33-year growth advantage in just 9 years. Their combined efforts have not only reduced enrollment, but also diminished the quality, attractiveness, and vibrance of UMES' unique academic programs, gutted UMES' fiscal/audit integrity, and trashed UMES' reputation in the surrounding community. **To be clear, all three of these leadership choices were imposed on UMES by the USM Chancellor in direct defiance to recommendations made by campus selection committees.**




*Figure 3:* This chart normalizes enrollment growth (or decline) of institutions relative to the University System of Maryland as a whole (excluding Global Campus) using Fall 1978 as a baseline. When a line has an upward slope, the campus enrollment grew compared to the total USM enrollment in that year. When a line has a downward slope, the campus enrollment contracted compared to the total USM enrollment in that year. The steeper the angle, the greater the increase/decrease relative to the USM as a whole such that a horizontal line means the institution's growth matched the USM's overall growth or contraction for that year.

## Issue 1: UMES Enrollment Continues to Crater Under Dr. Anderson




Figure 4: This chart normalizes enrollment growth (or decline) of institutions relative to the University System of Maryland as a whole (excluding Global Campus) using Fall 2018 as a baseline. This chart demonstrates that since Dr. Heidi Anderson took the helm of UMES in Fall 2018, UMES has already experienced a 13%+ decline in enrollment relative to the USM as a whole. **This does not include the additional 260 student loss UMES has announced for Fall 2021.**

### Dr. Heidi Anderson has no ability to fix the enrollment problem.

- Dr. Anderson assumed the UMES presidency in Fall 2018. By Fall 2020, UMES enrollment had already fallen an additional 13.8% behind the USM as a whole. Only UB has saved her from occupying the basement alone.
- **COVID-19 is no excuse.**
  - Dr. Heidi Anderson had already posted a 9% loss compared to the USM in her first year – well before COVID-19 was an issue.
  - The downward slope between Fall 2019 and Fall 2020 demonstrates her ineffective leadership led to deeper COVID-19 losses compared to the USM as a whole. In other words, the USM lost enrollment; UMES suffered even more.

  - Bowie's success destroys any notion that HBCU's were disproportionately impacted.
- Dr. Heidi Anderson has already indicated that Fall 2021 enrollment has decreased by another 260 students (i.e., another 9.8% decline in enrollment). Combined, this means Dr. Anderson has tanked enrollment by a total of 25.3% in the three short years she has been president. **She has already demonstrated that she does not have the ability to fix the enrollment problem!**

## Issue 2: More Importantly, Dr. Anderson Has No Plan




Figure 5: UMES First Time / Full Time Freshman enrollment continues to be at its lowest point in over <u>three</u> decades. Initial reports indicate Fall 2021 FT/FT Freshman enrollment may be ~570.

If President Anderson truly had a plan to address UMES cratering enrollment, there would not be a reason to sound the alarm after just 3 short years. However, her results are demonstrating otherwise.

## Dr. Anderson has demonstrated her inability to recruit new students.

- Dr. Heidi Anderson was fully responsible for the Fall 2019 enrollment. She had been in office since September 1, 2018 and had plenty of time to influence the Fall 2019 results. Her poor Fall 2019 performance preceded any potential COVID-19 impact.
- A generous preliminary projection for the Fall 2021 FT/FT Freshman cohort is 570 new students. While Dr. Anderson is busy patting herself on the back about how wonderful this is, she has ignored the fact that these are still the lowest postings at UMES in over three decades. Her posted results are barely above UMES' efforts in the 1980s and early 1990s – results from an entirely different millennium.
    - Further, if one were to assume a 100% 4-year graduation rate for this cohort of students, it is only enough to maintain an undergraduate enrollment of 2,280 students
    - This also means that if the graduate student enrollment holds steady, **UMES will be experiencing its lowest undergraduate enrollment since 1989!**

## Dr. Anderson has taken UMES transfer student enrollments to new lows.




Figure 6: UMES transfer students from Maryland 4-year and 2-year institutions continues to plummet. Source: Maryland Higher Education (https://mhec.maryland.gov/publications/Pages/research/index.aspx) (Note: The MHEC site has errors in its files. The transfer student archives do not load for 2014-2015. The data for 2012-2013 repeats the file for 2011-2012 figures.)

- President Anderson has continued Dr. Bell's trend of ignoring transfer students. After her first year in office (2019), Dr. Anderson managed to gut Maryland transfer students by a whopping 32%! (Figure 6)
- In her second year, the Maryland institutions saw an average decrease of 8.43% in transfer student movement due to the COVID-19 influence (a decrease from 14,476 to 13,255). However, UMES saw another astounding 22.73% decline (110 to 85). The 110 tally was already less than half the previous 2012 high of 230.
- Transfer student enrollment is not just a measure for the (in)effectiveness of the recruitment and admissions functions, it is also a surrogate measure for institutional reputation. Students are less likely to transfer to institutions that are poorly perceived.

## Dr. Anderson has demonstrated her inability to staff an enrollment function.

President Anderson has no true plan or ability to address UMES' enrollment collapse. In fact, her lack of planning, lack of action, and inexperience are contributing to the issue. Not only have Fall 2019 and Fall 2020 demonstrated continued gaps, but the upcoming Fall 2021 results will underscore this point. COVID-19 has simply masked the underlying failures of her leadership. The enrollment will continue to crater because Dr. Anderson has failed to provide appropriate leadership in critical areas.

These ongoing failures include:

- **Poor choice in hiring Vice Presidents.** There has not been a Vice President for Enrollment & Student Experience with either doctoral training and/or demonstrated experience since she arrived. Hans Cooper's inexperience and lack of training rang clear. The recently named VP also does not have the necessary experience or credentials.
- **The recruitment function has collapsed**. As of this writing, **UMES only has 1 recruiter!** In the past, UMES has had at least seven that were physically located across the state.
- **The Admissions function is understaffed.** The Admissions function is still led by an interim Director. The office is a shell of what it has been in the past and has not been fully staffed in years.
- **Long-term Registrar vacancy.** Until recently, UMES was operating with an Interim Registrar who was physically located in the Midwest.

In short, after three years at the post, President Anderson has already posted three of the worst FT/FT Freshman enrollments in modern UMES history and her efforts to staff recruitment and admissions functions have collapsed. The Registrar position also affects overall admissions due to its role in supporting the enrollment of transfer students. There is no wonder why new student enrollment continues to be low. Given the complete meltdown of recruitment/admissions infrastructure, this year's slight enrollment increase can only be viewed as a 'dead cat bounce'.

Certainly, when Dr. Anderson was a candidate for the top spot, the question would have been asked, "What would a successful presidency at UMES look like after 90 days/1 year/3 years?" The response would have included "Stabilized enrollment" as one of the top components. She has failed to stabilize enrollment. She has failed to even put in place the infrastructure needed to stabilize enrollment. She has simply failed. Nothing in her prior professional experience or in the actions she has taken since arriving would have predicted an alternate outcome.

# Issue 3: Dr. Anderson has Provided a Safe Haven for Predators

## Dr. Heidi Anderson is directly responsible for predators thriving on campus.

Dr. Anderson does not understand fiscal and legal compliance and has entrusted individuals with power who have abused their authority to bully and intimidate the campus community.

- Dr. Anderson crowed about hiring Hans Cooper as VP for Enrollment Management and Student Experience. She proceeded to bestow tremendous influence and power upon him despite his lack of demonstrated experience, credentials, or discretion. As a result,
    - Hans Cooper consolidated campus scholarship funds and passed them out like a Pez dispenser to those he sought to illicitly influence. (The USM should investigate whether the university has violated Federal grant and other funding restrictions in the process).
    - Hans Cooper demanded that a particular student be crowned the 25th Mr. UMES despite knowledge of him having a dubious criminal record. It is also alleged that Hans Cooper had also provided unwarranted scholarships to this individual and sought sexual favors in return.
    - It is also alleged that Hans Cooper had an affair with a female direct report to whom he had provided a generous salary increase.
- It is alleged that Dr. Anderson's husband Leon Roberts had inappropriate interactions with student athletes during a volleyball team practice.
    - Rather than asking the USM Internal Audit Office to investigate these allegations, she sought to have this addressed internally. The UMES General Counsel, recognizing he had a conflict, reached out to Salisbury University to conduct an independent investigation. They promptly turned him down.
    - Ultimately, Jason Cesares, UMES Campus Compliance Officer, identified resources to conduct the "independent" investigation.
- Unfortunately, Jason Cesares[4] has a blemish on his record that leads one to question his credibility with respect to reviewing harassment cases appropriately. While there have been no criminal charges or findings against him, the specter of whether he exercises appropriate discretion still looms (as confirmed by his choice to resign or be terminated by the University of Indiana Bloomington). He continues to demonstrate that lack of discretion.
    - He too, should have referred the alleged incident involving the President's husband to the USM Internal Audit Office.
    - Jason Cesares also took it upon himself to "audit" Jimmy Lunnermon – a long term member of the UMES community with a sterling reputation and track record – based on a disagreement from a conflicted staff member.
    - In the process Mr. Cesares identified a number of material control deficiencies in the University's financial processes. Rather than referring them to the USM Internal Audit Office for a comprehensive review, he leveraged them to target his intended victim, Mr. Lunnermon. Ultimately, Mr. Lunnermon was fired due to a pervasive fiscal failure that should actually be attributed to the CFO or the CEO.

[4] https://www.huffpost.com/entry/jason-casares-resigns-sexual-assault_n_56d081d1e4b03260bf769320

## Issue 4: Dr. Anderson Has Intentionally Withheld Material Information from the Chancellor, USM Internal Audit, and the Board of Regents

Chancellor Perman, don't be fooled. Even if Dr. Anderson has "briefed" you on the issues, the implications run much deeper than what she could have possibly described. The challenge you face, is that she does not have the experience to understand the structural failure that has occurred. Only the Internal Audit Office would have the necessary sophistication to properly frame the compliance and financial issues.

The President is in a Catch-22 situation. It is highly likely the Internal Audit Office will discover there are no true fiscal compliance issues (or that they are actually immaterial). What the auditors will actually find, is the President has fostered a culture of predators, vultures, and vigilantes that have terrorized the university community.

- The University System of Maryland Internal Audit Office should have directed the investigation regarding the allegations of her husband's indiscretion consistent with **USM Policy VIII-7.50 – *University System of Maryland Internal Audit Office Charter*** (https://www.usmd.edu/regents/bylaws/SectionVIII/VIII-7.50.pdf). This would have ensured the investigation would be conducted professionally and would avoid real or perceived conflicts of interest.
    - It simply is not appropriate for a university president to instruct members of the campus community, who may fear retaliation stemming from an adverse decision, to investigate the malfeasance of their spouse. This should have been reported to the USM Office of Internal Audit.
- Dr. Heidi Anderson, Dr. Robert Mock (UMES Chief of Staff), and Jason Cesares violated State Law and **USM Policy VIII-7.10 – *Policy on Reporting Suspected or Known Fiscal Irregularities*** (https://www.usmd.edu/regents/bylaws/SectionVIII/VIII711.pdf).
    - They allowed Jason Cesares to act as a vigilante to target a long-term employee. His "findings" point to the possibility of a material deficiency in fiscal control at UMES that has still gone unreported for almost 9 months.
    - There is no evidence that the Director of Procurement, the CFO, or the UMES General Counsel were consulted or even aware of this rogue "investigation" as it was being conducted. Arguably, either none of the senior officials agree this was a material finding and are simply remaining silent to avoid retaliation, or all of them are willfully hiding a material finding from the Board of Regents and the Attorney General.
    - Ironically, the grounds that were used to fire Mr. Lunnermon also appear in Jason Cesares' own university transactions as well as others within his department.
    - Further, no evidence was provided that Mr. Lunnermon's transactions were illegitimate, unauthorized, or inappropriate.
- Dr. Heidi Anderson allowed Hans Cooper to slither into the darkness rather than to address his horrible acts.
    - USM Internal Audit should have been called in to review his scholarship granting practices to ensure they were consistent with Federal, State, and Donor restrictions.





change.org 




# Stop UMES from letting the right people go!

**Sign petition**

**1,034**

Verified signatures

 Decision Makers: University of Maryland Eastern Shore Housing Department +1

## The Issue

On June 27th 2024 popular social media platform Fizz broke the news about Mr. Samuel Douglas better known as Coaches termination from the University of Maryland Eastern Shore after more than 25 years working for the University. Coach has impacted the lives of thousands of students being a beloved figure across campus dating back almost three decades. From what students have heard Coach has been terminated for helping students receive a better quality of housing which is not within the University's policy. The University

in the past two years has allowed more students to be admitted into the school without proper factors to ensure a quality campus experience. In 2023 UMES had admitted more students since 2015 causing an uproar within the housing department. Coach Douglass was tasked to most students knowledge alone to solve this problem making sure each student had somewhere to lay their heads although housing was at complete Capacity. This upcoming school year we are anticipating even more students to be admitted causing disarray in the standard housing protocols where underclassmen has to be placed in traditional housing for upperclassmen along with upperclassmen being placed off campus. This also has caused graduate housing to be infiltrated by undergraduates not to mention these housing selections are at a higher price and has not be renovated to any current students knowledge in 20 years. Coach has helped thousands of students overcome the obstacle of housing shortages basically alone in these past years and this is how the university chooses to repay his efforts. The university continues to ignore the root of the problem with the student body replacing staff and faculty members who care about the campus community with people who have never been to UMES and see this opportunity as just a job. The university has shown to only care about students when they are benefiting from the media exposure and money coming in. With this many students being placed into an at Capacity campus there have been no plans or efforts to add additional housing, hire more staff to meet the needs of this growing University or anything of that magnitude. We the students of UMES are tired of having our funds be put to use where it will not benefit us but instead the classes after we have long graduated. Please share with alumni, parents, staff and the community as the University has shown their true colors in not being for the students but for their own benefit. Coach did not deserve this and neither do us students who give thousands to have are needs discarded by administration.

please do not donate !!! We just need signatures

Report a policy violation



**Chelsea Cassidy**
Petition Starter

**Media inquiries**

## The Decision Makers



EX 3

## RE: UMES Allegations

From @usmd.edu>
Date Tue 25/02/2025 13:42
To
Cc @usmd.edu>



Thank you for response. As this is a potential criminal investigation, it is not appropriate to share the details with anyone including the whistleblower.

If you have additional information that you would like to share with us, we would be happy to schedule a meeting with you.

Thank you,

CPA

University System of Maryland
Office of Internal Audit
10630 Little Patuxent Parkway, Suite 450
Columbia, Maryland 21044
Office: (443) 864-5162




**From** >
**Sent:** Thursday, February 20, 2025 11:56 AM
**To** >
**Cc** >
**Subject:** Re: UMES Allegations



H,

Thanks for your email.

I am puzzled. What is confidential? I am the whistleblower who revealed the crimes and know all about it. So, there is nothing confidential about it. Moreover, you have been telling Rondall Allen and others at UMES - meaning the accused are actively being tipped off.

Please answer my questions. The questions do not relate to anything confidential - they are about the minimum steps necessary for an auditor to obtain the facts. They are easy to answer and go to the heart of the credibility of this investigation.

As I said previously, the meeting is not for my benefit - it is for *your* benefit if you are actually interested in catching the criminals rather than covering up their crimes.

The important thing here is to catch criminals, stop fraud, and return illegally obtained federal and state funds. You and I are not related to Heidi Anderson and Rondall Allen and are not paid enough to go to jail with them for their crimes. 😊

Respectfully,

[redacted]

---

**From**[redacted]d.edu>
**Sent:** 13 February 2025 12:07
**T**[redacted]>
**Cc**[redacted]@usmd.edu>
**Subject:** RE: UMES Allegations

[redacted]

Thank you for the email. Our investigations are confidential. As such, we do not share the details of what we have obtained or reviewed.

Please let me know if you are still interested in scheduling a meeting.

Thank you,
[redacted]

[redacted]
University System of Maryland
Office of Internal Audit
10630 Little Patuxent Parkway, Suite 450
Columbia, Maryland 21044
Office: (443) 864-5162
[redacted]

UNIVERSITY SYSTEM of MARYLAND

**From**[redacted]>
**Sent:** Wednesday, February 12, 2025 9:15 AM
**T**[redacted]
**Cc**[redacted]usmd.edu>
**Subject:** Re: UMES Allegations