## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MARYLAND

**JACOB DOE**
**Plaintiff**

v.

**HEIDI M. ANDERSON**
**RONDALL ALLEN**
**JASON CASARES**
**ALEXANDRA GINTA MARTIN**
**MATTHEW A. TAYLOR**
**CECILIA RIVERA**
**UNIVERSITY OF MARYLAND EASTERN SHORE**
**Defendants**

**Case No. 25-CV-02528-JRR**

_____

### Plaintiff's Rule 41 Notice of Dismissal

Pursuant to the Federal Rules of Civil Procedure Rule 41, the Plaintiff Jacob Doe, dismisses the Defendants in this matter, <u>without prejudice</u>, with each party to bear their own costs and attorney's fees.

Respectfully submitted,

Jacob Doe

30th January 2026

Jacobdoe2025@gmail.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of January 2026 a copy of the foregoing was served via the Court's CM/ECF system on all parties of record in this matter.

Jacob Doe

Plaintiff